# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-1690

Chubb National Insurance Company

Appellee

v.

The Estate of Robert O'Block

Charles Fleming

Appellant

Darla Long

___

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:20-cv-03288-MDH)

___

**MANDATE**

In accordance with the judgment of 05/31/2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 31, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit